**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **WILEMON FOUNDATION, INC.** and **R. J. WILEMON, LLC,** | **PLAINTIFFS** |
| **V.** | **NO. 1:19CV136-M-S** |
| **DANNY WAYNE WILEMON,** | **DEFENDANT** |

## ORDER

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on July 24, 2019. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 26th day of July, 2019.

                                       **/s/ MICHAEL P. MILLS**
                                       **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**