# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WILEMON FOUNDATION, INC., et al.**                                            **PLAINTIFFS**

**V.**                                                          **NO. 1:19-CV-136-DMB-DAS**

**DANNY WAYNE WILEMON**                                                          **DEFENDANT**

## ORDER OF RECUSAL

This case was assigned to United States District Judge Debra M. Brown on July 26, 2019. Judge Brown, on her own motion, **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 26th day of July, 2019.

                                                        **/s/Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**