IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILEMON FOUNDATION, INC. and
R.J. WILEMON, LLC                                                                PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 1:19-CV-136-GHD-DAS

DANNY WAYNE WILEMON                                                     DEFENDANTS

VS.

SHONDA WILEMON SHARPE; et al.                                   CROSS-DEFENDANTS

## ORDER GRANTING PUTATIVE CROSS-DEFENDANTS' MOTIONS TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the motions [21, 25, 28] of the putative cross-defendants Phelps Dunbar, LLP, Shonda Wilemon Sharpe, and Thomas W. Sharpe to dismiss the Defendant Danny Wayne Wilemon's cross-claims are GRANTED; and

(2) the Defendant Danny Wayne Wilemon's crossclaims [11, 12] against Phelps Dunbar, LLP, Shonda Wilemon Sharpe, and Thomas W. Sharpe are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 27 day of January, 2020.

_____
SENIOR U.S. DISTRICT JUDGE