IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| WILEMON FOUNDATION, INC. and R.J. WILEMON, LLC | ) ) ) | PLAINTIFFS |
| v. | ) ) | NO.: 1:19-CV-136-GHD-DAS |
| DANNY WAYNE WILEMON | ) ) | DEFENDANT |
| and | | |
| DANNY WAYNE WILEMON | ) | THIRD-PARTY PLAINTIFF |
| v. | ) ) | |
| PHELPS DUNBAR, LLP and GREGORY D. PIRKLE | ) ) | THIRD-PARTY DEFENDANTS |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the ore tenus joint motion of Plaintiffs Wilemon Foundation, Inc. ("WFI") and R.J. Wilemon, LLC ("RJW"), Defendant/Third-Party Plaintiff Danny Wayne Wilemon ("Mr. Wilemon") and Third-Party Defendants Phelps Dunbar, LLP ("Phelps") and Gregory D. Pirkle ("Mr. Pirkle") to dismiss this matter with prejudice.

The Court finds the ore tenus joint motion to dismiss with prejudice to be well taken.

ACCORDINGLY, it is hereby ORDERED that this matter shall be, and hereby is, dismissed with prejudice pursuant to the terms and conditions of the parties' confidential settlement agreement, with the parties to bear their own respective costs, attorney's fees, and other expenses.

It is SO ORDERED, this the 22nd day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE